# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FAIGY OESTREICHER, | Case No. 1:23-cv-00239-NRM-MMH |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; FLAGSTAR BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; | |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF LEAH MURPHY

Pursuant to Local Civ. Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Leah S. Murphy applies for leave to withdraw as counsel for Defendant Experian Information Solutions, Inc. ("Experian"). Withdrawal is necessary because Ms. Murphy will no longer work for Jones Day after January 17, 2025. In connection with the withdrawal, the clerk is requested to remove the undersigned from the CM/ECF service list.

Jones Day will continue to serve as counsel for Experian. The matter has not been set for trial. Ms. Murphy's withdrawal will not occasion a request for an extension of any deadlines in the case. Ms. Murphy does not assert a retaining or charging lien in connection with her departure.

Dated: January 16, 2025

/s/ Leah S. Murphy
Leah S. Murphy
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3425
Fax: (212) 755-7306
Email: leahmurphy@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, Leah S. Murphy, hereby certify that on this 16th day of January, 2025, I caused the foregoing document to be emailed to Experian and electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Dated: January 16, 2025

/s/ *Leah S. Murphy*
Leah S. Murphy
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3425
Fax: (212) 755-7306
Email: leahmurphy@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*